Michael Zoldan; AZ Bar No. 028128
Jason Barrat; AZ Bar No. 029086
Jessica Miller; AZ Bar No. 031005
**ZOLDAN LAW GROUP, PLLC**
14500 N. Northsight Blvd., Suite 133
Scottsdale, AZ 85260
Tel & Fax: 480.442.3410
mzoldan@zoldangroup.com
jbarrat@zoldangroup.com
jmiller@zoldangroup.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **James Sao,** an Arizona resident; | Case No. 2:19-CV-05261-JJT |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL** |
| **Pro-Tech Products, Inc.,** an Arizona company; and **Randall Winter,** an Arizona resident; | |
| Defendants. | **(Assigned to the Hon. John J. Tuchi)** |

The parties hereby stipulate to the dismissal with prejudice in the above captioned lawsuit. Each party will bear their own attorneys' fees and costs.

///

///

///

///

///

RESPECTFULLY SUBMITTED February 3, 2020.

**ZOLDAN LAW GROUP, PLLC**

By: /s/ Jason Barrat
    14500 N. Northsight Blvd., Suite 133
    Scottsdale, AZ 85260
    Attorneys for Plaintiff

**ROBAINA & KRESIN PLLC**

By: /s/ w/ permission Phil Flemming
    5343 North 16th Street, Suite 200
    Phoenix, AZ 85016
    Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2020, I electronically transmitted the foregoing document to the United States District Court, District of Arizona, Court Clerk, using the CM/ECF System. All counsel of record are registrants and are therefore served via this filing and transmittal.

/s/ Ashley Peschke