# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Sao, | No. CV-19-05261-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Pro-Tech Products Incorporated, *et al.*, | |
| Defendants. | |

Upon review of the parties' Stipulation of Dismissal (Doc. 24), and good cause appearing,

IT IS ORDERED granting the Stipulation (Doc. 24). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED directing the Clerk to close this matter.

Dated this 4th day of February, 2020.

Honorable John J. Tuchi
United States District Judge